

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-17-00659-CR

Trial Court Cause
Number:  1518925

Style:  Kombila Essongue

v. The State of Texas

Date motion filed*:  January 10, 2019

Type of motion:  Motion for Access to Appellate Record

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other:  We order the Clerk of this Court to provide appellant with a copy of the appellate record in the above-captioned case.

Judge's signature: Evelyn V. Keyes
    ☒ Acting individually      ☐ Acting for the Court

Date:  January 15, 2019